#11073700

| FORM B1 | United States Bankruptcy Court | Voluntary Petition |
|---|---|---|
| | **WESTERN** District of **NEW YORK** | |

| Name of Debtor (if individual, enter Last, First, Middle): <br> *JOEY T'S TRANSPORTATION, LLC,* <br> *a New York Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years <br> (include married, maiden, and trade names): <br> *NONE* | All Other Names used by the Joint Debtor in the last 6 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. <br> (if more than one, state all) *16-1595480* | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. <br> (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): <br> *5329 WEST LAKE ROAD* <br> *DUNKIRK NY 14048* | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the <br> Principal Place of Business: *CHAUTAUQUA* | County of Residence or of the <br> Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> *SAME* | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor <br> (If different from street address above): *SAME* | **04-13662** |
|---|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) <br> ☒ Corporation <br> ☐ Partnership <br> ☐ Other_____ | ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank | ☒ Chapter 7  ☐ Chapter 11  ☐ Chapter 13 <br> ☐ Chapter 9  ☐ Chapter 12 <br> ☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) <br> ☐ Consumer/Non-Business   ☒ Business | **Filing Fee** (Check one box) <br> ☒ Full Filing Fee attached |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply) <br> ☐ Debtor is a small business as defined in 11 U.S.C. § 101 <br> ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) <br> Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors. <br> ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | *JOEY T'S TRANSPORTATION, LLC,* *a New York Corporation* | |

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

*JOSEPH A. PRICE, ESQ.*
Printed Name of Attorney for Debtor(s)

*GULLO, KIRKPATRICK & PRICE*
Firm Name

*SIX WEST MAIN STREET*
Address

*FREDONIA NY 14048*

*(716) 679-0100     5/7/04*
Telephone Number     Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

*Joseph C. Tramuta*
Printed Name of Authorized Individual

*President*
Title of Authorized Individual

*5/7/04*
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____  5/7/04
Signature of Attorney for Debtor(s)   Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re *JOEY T'S TRANSPORTATION, LLC*
    *a New York Corporation*

Case No.
Chapter 7

_____/ Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Joseph C. Tramuta is President of JOEY T'S TRANSPORTATION, LLC, a corporation. On the following resolution was duly adopted by the of this corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Joseph C. Tramuta, President of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that Joseph C. Tramuta, President of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Joseph C. Tramuta, President of this corporation, be and hereby is, authorized and directed to employ JOSEPH A. PRICE, ESQ., Attorney and the law firm of GULLO, KIRKPATRICK & PRICE, to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Joseph C. Tramuta, President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date   5\7\04

Signature    *Joseph C. Tramuta*
                Joseph C. Tramuta
                President

Form B 201 (11/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankuptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can expain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankuptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| 5/7/04 | *Joseph C. Trautm* | |
| Date | Signature of Debtor | Case Number |

DEBTOR COPY      COURT COPY
(circle one)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re *JOEY T'S TRANSPORTATION, LLC,*
*a New York Corporation*

Case No.
Chapter  7

_____/ Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

### 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| *Year to date:$00.00* | *Gross Receipts from Operation of Business – figure are* |
| *Last Year: $429,491.00* | *estimates at this time. Debtor's Accountant is working on* |
| *Year before: $765,329.00* | *actual figures and final tax returns at the time of filing* |
| | *of petition.* |

### 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 9. Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: JOSEPH A. PRICE, ESQ.<br>Address:<br>SIX WEST MAIN STREET<br>FREDONIA, NY 14048 | Date of Payment:<br>Payor: JOEY T'S<br>TRANSPORTATION, LLC | $1,000.00 Attorney Fees<br>$209.00 Filing Fees |

## 10. Other transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 11. Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Institution: BAXTER CREDIT UNION<br>Address: CHICAGO, ILL | Account Type and No.:<br>CHECKING<br>Final Balance: $20.00 | April 30, 2004 |

## 12. Safe deposit boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 14. Property held for another person.

List all property owned by another person that the debtor holds or controls.

☒ NONE

### 15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor: Corporation*<br>*Address: 324 Pelican Street,*<br>*Dunkirk, New York* | *Name(s): Same* | *Until*<br>*03/03* |

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

### 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

☒ NONE

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements.

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Name:  Johnson, Mackowiak, Moore & Myott, LLP* <br> *Address: 70 East Main Street, Fredonia, New York* | *Dates: 2002 to Present* |

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

*Name: Joseph C. Tramuta*
*Address: 5329 West Lake Road, Dunkirk, New York*
*Missing:  None*

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

☒ NONE

### 20. Inventories.

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

☒ NONE

## 21. Current Partners, Officers, Directors and Shareholders.

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *Name: Joseph C. Tramtua*<br>*Address: 5329 West Lake Road,*<br>*Dunkirk, New York* | *President, VP, Secretary, Treasurer* | *100%* |

## 22. Former partners, officers, directors and shareholders.

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

b. If the debtor is a corporation. list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

## 23. Withdrawals from a partnership or distribution by a corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

## 24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six year period immediately preceeding the commencement of the case.

☒ NONE

## 25. Pension Funds.

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six year period immediately preceding the commencement of the case.

☒ NONE

Form 7 (12/03) West Group, Rochester, NY

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _5/7/04_

Signature _Joseph C. Tramuta_

Name: _Joseph C. Tramuta_

Title: _President_

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

In re _JOEY T'S TRANSPORTATION, LLC_ _____/ Debtor    Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | **TOTAL $** (Report also on Summary of Schedules.) | _0.00_ | |

No continuation sheets attached

In re *JOEY T'S TRANSPORTATION, LLC* _____/ Debtor     Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.
Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | | *FIELDBROOK FARMS* *This Company owes the Debtor $30,000.00, however the debt arose prior to the commencement of Fieldbrook Farms Chapter 11 Bankruptcy Case. It is unlikely that any recovery will be had.* | | *Unknown* |

Page ___1___ of ___3___

In re _JOEY T'S TRANSPORTATION, LLC_____/ Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Location: In debtor's possession | | |
| | | FINANCIAL SERVICE GROUP, INC. This Company owes the Debtor $3,465.00. The Company was hired by the Debtor to collect a past due account from a farmer in Holley, New York. The Farmer paid $3,850.00 to company, however the Compnay never transmitted the 90% of the proceeds to the Debtor. Location: In debtor's possession | | $ 3,465.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | 2002 BUICK REGAL GS (70K) Location: In debtor's possession | | $ 14,606.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Miscellaneous Office Equipment 3 Wooden Desk, $300.00; 4 Phones, $100.00; 1 computer, $600.00; 6 Aluminum File Cabinets, $125.00; 2 Fax Machines, $100.00; Misc Office Supplies, $100.00 | | $ 1,325.00 |

In re _JOEY T'S TRANSPORTATION, LLC_ _____ / Debtor   Case No. _____
<span style="float:right">(if known)</span>

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | _Location: In debtor's possession_ | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $ 19,396.00 |

Page __3__ of __3__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re *JOEY T'S TRANSPORTATION, LLC* _____ / Debtor    Case No. _____

                                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Miscellaneous Office Equipment* | *N.Y. Civ. Prac. Law & Rules §5205(a)(7)* | $ 600.00 | $ 1,325.00 |

In re _JOEY T'S TRANSPORTATION, LLC_ / Debtor          Case No._____
                                                                (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1 CITIZEN'S BANK P.O. BOX M PROVIDENCE RI 02901 | | 2002 Auto Lien 2002 BUICK REGAL GS (70K)  Value: $ 14,606.00 | | | | $ 15,800.00 | $ 1,194.00 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

No continuation sheets attached

Subtotal $ (Total of this page)      15,800.00

Total $ (Use only on last page. Report total also on Summary of Schedules)      15,800.00

In re _JOEY T'S TRANSPORTATION, LLC_____/ Debtor       Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**
Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

FORM B6F (12/03) West Group, Rochester, NY

In re _JOEY T'S TRANSPORTATION, LLC_____ / Debtor          Case No._____
                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 1028<br>Creditor # : 1<br>24 SEVEN TRANSPORTATION INC<br>7844 GREGORY DRIVE UNIT 106<br>JACKSONVILLE FL 32210 | | | 2001<br>Freight Deliver Fees | | | | $ 718.00 |
| Account No:<br>Representing:<br>24 SEVEN TRANSPORTATION INC | | | COMDATA NETWORK, INC.<br>P.O. BOX 910360<br>DALLAS TX 75391 | | | | |
| Account No: XXXIOUS<br>Creditor # : 2<br>A&R TRANSPORTATION & WAREHOUSE<br>17725 VOLBRECHT ROAD<br>LANSING IL 60438 | | | 2002<br>Freight Deliver Fees | | | | $ 1,500.00 |
| Account No: XXXIOUS<br>Creditor # : 3<br>ADAWN EXPRESS, INC<br>P.O. BOX 186<br>ARCADE NY 14009 | | | 2002<br>Freight Deliver Fees | | | | $ 5,462.00 |

_24_ continuation sheets attached

|  | Subtotal $ (Total of this page) | 7,680.00 |
|---|---|---|
|  | Total $ (Report total also on Summary of Schedules) | |

In re _JOEY T'S TRANSPORTATION, LLC_____ / Debtor     Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7033<br>Creditor # : 4<br>ALBRITTON FARMS, INC<br>3820 PEANUT ROAD<br>P.O. BOX 666<br>COTTONDALE FL 32431 | | | 2000<br>Freight Deliver Fees | | | | $ 1,845.00 |
| Account No:<br>Representing:<br>ALBRITTON FARMS, INC | | | SUBSIDIARY/FIRST AMERICAN BANK<br>CORPORATE BILLING<br>P.O. BOX 1726<br>DECATUR AL 35602 | | | | |
| Account No:   XXXXXXXX0246<br>Creditor # : 5<br>ALLIED CARRIERS EXCHANGE INC<br>P.O. BOX 17626<br>DENVER CO 80217-0626 | | | 2002<br>Freight Deliver Fees | | | | $ 525.00 |
| Account No:   XXXIOUS<br>Creditor # : 6<br>ALTO'S EXPRESS INC.<br>P.O. BOX 45<br>RIVERTON NJ 08077 | | | 2002<br>Freight Deliver Fees | | | | $ 2,925.00 |
| Account No:   XXXIOUS<br>Creditor # : 7<br>AMERICA PLUS<br>P.O. BOX 7751<br>BEND OR 97708 | | | 2003<br>Freight Deliver Fees | | | | $ 1,396.06 |
| Account No:   XXXIOUS<br>Creditor # : 8<br>AMERITRANS, LLC<br>P.O. BOX 197<br>GULF NC 27256 | | | 2002<br>Freight Deliver Fees | | | | $ 1,560.00 |

Sheet No.  _1_ of  _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  8,251.06
(Total of this page)
Total $ _____
(Report total also on Summary of Schedules)

In re _JOEY T'S TRANSPORTATION, LLC_____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    XXD <br> Creditor # : 9 <br> AREL TRANSPORT INC <br> 112 BIEDER AVENUE <br> SANFORD FL 32773 | | 2002 <br> Freight Deliver Fees | | | | $ 439.00 |
| Account No:    XXXIOUS <br> Creditor # : 10 <br> ARNOLD'S FLORIST <br> 234 TOMPKINS STREET <br> CORTLAND NY 13045 | | 2002-2003 <br> Freight Deliver Fees | | | | $ 29,361.00 |
| Account No:    X1402 <br> Creditor # : 11 <br> ARRIVAL TRANSPORT <br> 943 CENTER AVENUE <br> GRIDLEY CA 95948 | | 2002 <br> Freight Deliver Fees | | | | $ 920.00 |
| Account No:    XX1209 <br> Creditor # : 12 <br> ASHAUER TRUCKING INC <br> W5131 WEGE ROAD <br> APPLETON WI 54915 | | 2003 <br> Freight Deliver Fees | | | | $ 725.00 |
| Account No:    1911 <br> Creditor # : 13 <br> ATS TRANSPORT, INC. <br> 4344 WEST 67TH STREET <br> CHICAGO IL 60629 | | 2003 <br> Freight Deliver Fees | | | | $ 1,000.00 |
| Account No:    XX6287 <br> Creditor # : 14 <br> BENJAMIN & BENJAMIN TRUCKING <br> P.O. BOX 369 <br> MANTUA OHIO 44255 | | 2003 <br> Freight Deliver Fees | | | | $ 4,475.00 |

Sheet No.  2  of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ <br> (Total of this page) | 36,920.00 |
| Total $ <br> (Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _JOEY T'S TRANSPORTATION, LLC_____ / Debtor          Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _XXXIOUS_ <br> Creditor # : 15 <br> BERRY TRUCKING <br> S 10510 KELLY ROAD <br> P.O. BOX 4466 <br> AUGUSTA WI 54722 | | | 2003 <br> Freight Deliver Fees | | | | $ 1,090.00 |
| Account No: _XXXIOUS_ <br> Creditor # : 16 <br> BORDERLINE EXPRESS <br> 102 E. HASKINS STREET <br> CHESTER IA 52134 | | | 2001-2002 <br> Freight Deliver Fees | | | | $ 4,030.00 |
| Account No: <br> Representing: <br> BORDERLINE EXPRESS | | | TRANSCENTRAL FINANCIAL, INC. <br> P.O. BOX 1414 NCB-40 <br> MINNEAPOLIS MN 55480 | | | | |
| Account No: _XX-111_ <br> Creditor # : 17 <br> BORGARD TRUCKING <br> ROUTE 11 BOX 474 <br> LAKE CITY FL 32024 | | | 2002 <br> Freight Deliver Fees | | | | $ 220.00 |
| Account No: _5442_ <br> Creditor # : 18 <br> BOSMA TRUCKING INC <br> 6654 220TH STREET <br> OCHEYEDAN IA 51354 | | | 2003 <br> Freight Deliver Fees | | | | $ 400.00 |
| Account No: _X9678_ <br> Creditor # : 19 <br> BUCHAN TRUCKING LLC <br> P.O. BOX 315 <br> EAST TROY WI 53120 | | | 2003 <br> Freight Deliver Fees | | | | $ 413.00 |

Sheet No. __3__ of __24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)     6,153.00

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _JOEY T'S TRANSPORTATION, LLC_____ / Debtor        Case No._____

(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code betor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: X9911<br>Creditor # : 20<br>BUTTAURUS ENTERPRISES, CORP<br>200 N. WILLTER<br>MIAMI SHORES FL 33168 | | | 2001<br>Freight Deliver Fees | | | | $ 1,450.00 |
| Account No: 902<br>Creditor # : 21<br>BYRD TRUCKING<br>8433 CR 384<br>TYLER TX 75708 | | | 2003<br>Freight Deliver Fees | | | | $ 3,145.00 |
| Account No: XXXIOUS<br>Creditor # : 22<br>C & E TRANSPORTATION, INC<br>141 WHISPERWOD TRAIL<br>FLORENCE AL 35633 | | | 2001<br>Freight Deliver Fees | | | | $ 532.50 |
| Account No: XXXIOUS<br>Creditor # : 23<br>C & L BROKERAGE, LLC<br>P.O. BOX 69<br>MCADOO PA 18237 | | | 2001<br>Freight Deliver Fees | | | | $ 975.00 |
| Account No: 1995<br>Creditor # : 24<br>C & L TRANSPORTERS, INC<br>P.O. BOX 22114<br>HOUSTON TX 77227 | | | 2002<br>Freight Deliver Fees | | | | $ 2,430.00 |
| Account No: XX8392<br>Creditor # : 25<br>C & S TRANSPORTS, LLC<br>363 PETUNIA PATH<br>CHESAPEAKE VA 23325 | | | 2002<br>Freight Deliver Fees | | | | $ 774.00 |

Sheet No. __4__ of __24__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)                9,306.50

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _JOEY T'S TRANSPORTATION, LLC_ / Debtor   Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 442<br><br>Creditor # : 26<br>C.D TRANSPORTATION<br>2121 E. EVERGREEN DRIVE<br>CARO  MI 48723 | | | 2003<br>Freight Deliver Fees | | | | $ 76.00 |
| Account No: XXX3167<br><br>Creditor # : 27<br>CAMPION FREIGHT-WAYS INC<br>P.O. BOX 6531<br>AUGUSTA GA 30916 | | | 2001<br>Freight Deliver Fees | | | | $ 1,150.00 |
| Account No:<br><br>Representing:<br>CAMPION FREIGHT-WAYS INC | | | TRANSPORT CLEARINGS EAST, INC.<br>P.O. BOX 1093<br>CHARLOTTE NC 28201-1093 | | | | |
| Account No:<br><br>Representing:<br>CAMPION FREIGHT-WAYS INC | | | UNITED NATUAL FOODS<br>ATLANTA WAREHOUSE<br>ATLANTA GA 30336 | | | | |
| Account No:<br><br>Creditor # : 28<br>CEE BEE CARTAGE, INC<br>2404 S. WOLCOTT, UNIT 21<br>CHICAGO IL 60608 | | | 2003<br>Freight Deliver Fees | | | | $ 175.00 |
| Account No: XXXIOUS<br><br>Creditor # : 29<br>CHARTER EXPRESS, INC.<br>2945 E. PHTHIAN<br>SPRINGFIELD MO 65802 | | | 2002-2003<br>Freight Deliver Fees | | | | $ 8,498.00 |

Sheet No. _5_ of _24_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)  9,899.00

Total $ (Report total also on Summary of Schedules)

In re _JOEY T'S TRANSPORTATION, LLC_____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **XXXIOUS** Creditor # : 30 CLEMENS TRANSPORTATION 235 HILLTOP ROAD COOPERSBURG PA 18036 | | | 2002 Freight Deliver Fees | | | | $ 900.00 |
| Account No: **XXD** Creditor # : 31 COMDATA NETWORK, INC P.O. BOX 910360 DALLAS TX 75391 | | | Advance Broker Fees | | | | $ 630.00 |
| Account No: **XXXXX8354** Creditor # : 32 COOL CARRIERS OF FLORIDA, INC P.O. BOX 666976 COCONUT CREEK FL 33066 | | | 2003 Freight Deliver Fees | | | | $ 861.00 |
| Account No: **X3253** Creditor # : 33 CUSTOM TRUCKING, INC REAR 131 SECOND STREET P.O. BOX 1131 WILKES-BARRE PA 18703 | | | 2003 Freight Deliver Fees | | | | $ 1,440.00 |
| Account No: **XXXIOUS** Creditor # : 34 D S HALL TRUCKING INC 11019 ELLIS DRIVE GULPORT MS 39503 | | | 2001 Freight Deliver Fees | | | | $ 807.00 |
| Account No: Representing: D S HALL TRUCKING INC | | | AMERICAN FREIGHT FACTORS P.O. BOX 2681 VISALIA CA 93279 | | | | |

Sheet No. __6__ of __24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ _____ 4,638.00
(Total of this page)
Total $ _____
(Report total also on Summary of Schedules)

In re _JOEY T'S TRANSPORTATION, LLC_____ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _064_<br>_Creditor # : 35_<br>_D&M TRUCKING_<br>_5970 CALLE LAMINA_<br>_LAS CRUCES NM 88012_ | | | _2001_<br>_Freight Deliver Fees_ | | | | $ 701.00 |
| Account No:<br>_Representing:_<br>_D&M TRUCKING_ | | | _D&M TRUCKING_<br>_P.O. BOX 535_<br>_DONA ANA NM 88032_ | | | | |
| Account No: _XXXIOUS_<br>_Creditor # : 36_<br>_D&T EXPRESS, INC_<br>_611 WEST MANLIUS STREET_<br>_EAST SYRACUSE NY 13057_ | | | _2003_<br>_Freight Deliver Fees_ | | | | $ 2,303.00 |
| Account No: _XXXIOUS_<br>_Creditor # : 37_<br>_DARRELL ANDREWS TRUCKING INC_<br>_P.O. BOX 654_<br>_SILER CITY MC 27344_ | | | _2001_<br>_Freight Deliver Fees_ | | | | $ 2,785.00 |
| Account No: _XXXIOUS_<br>_Creditor # : 38_<br>_DAT TRADING AND SALES CO. INC_<br>_DBA DAT TRUCKING_<br>_P.O. BOX 2897_<br>_WEST COLUMBIA SC 29171_ | | | _2001-2002_<br>_Freight Deliver Fees_ | | | | $ 4,376.50 |
| Account No: _1035_<br>_Creditor # : 39_<br>_DATE TRUCKING SERVICE, INC_<br>_N9165 CONNELLY ROAD_<br>_WHITEWATER WI 53190_ | | | _2003_<br>_Freight Deliver Fees_ | | | | $ 700.00 |

Sheet No. ___7___ of ___24___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)     10,865.50

Total $ (Report total also on Summary of Schedules)

In re *JOEY T'S TRANSPORTATION, LLC* / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 107 <br> Creditor # : 40 <br> DEDICATED FATIME EXPRESS, LLC <br> 155 E. VINE STREET <br> HATFIELD PA 19440 | | | 2003 <br> Freight Deliver Fees | | | | $ 475.00 |
| Account No: XXX7533 <br> Creditor # : 41 <br> DFC TRANSPORTATION COMPANY <br> 11966 OAK CREEK PARKWAY <br> HUNTLEY IL 60142 | | | 2001 <br> Freight Deliver Fees | | | | $ 580.00 |
| Account No: XXXIOUS <br> Creditor # : 42 <br> DMT <br> P.O. BOX 95 - STN P <br> TORONT ONTARIO CANADA M5S 2S6 | | | 2001 <br> Freight Deliver Fees | | | | $ 2,017.50 |
| Account No: XXD <br> Creditor # : 43 <br> DOUBLE B | | | 2001 <br> Freight Deliver Fees | | | | $ 465.00 |
| Account No: <br> Creditor # : 44 <br> E & L TRANSPORT <br> ED OR LORINDA GRAUEL <br> 34878 E. COUNTY LINE ROAD <br> YUCAIPA CA 92399 | | | 2003 <br> Freight Deliver Fees | | | | $ 1,180.00 |
| Account No: XXXIOUS <br> Creditor # : 45 <br> EASTERN FREIGHT FORWARDERS <br> 100 WEST MIDDLE ROAD <br> P.O. BOX 9728 <br> RIVIERA BEACH FL 33404 | | | 2002-2003 <br> Freight Deliver Fees | | | | $ 11,380.50 |

Sheet No. _8_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ <br> (Total of this page) | 16,098.00 |
| Total $ <br> (Report total also on Summary of Schedules) | |

In re _JOEY T'S TRANSPORTATION, LLC_ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    XXXIOUS<br>Creditor # : 46<br>ENRIQUE GARZA DBA.<br>ROADRUNNER G.E.E.E.P. CARRIER<br>1618 MONTERREY DRIVE<br>BROWNSVILLE TX 78521 | | | 2003<br>Freight Deliver Fees | | | | $ 2,472.00 |
| Account No:    XXXIOUS<br>Creditor # : 47<br>ERX, INC.<br>P.O. BOX 6197<br>CHICAGO IL 60680 | | | 2001<br>Freight Deliver Fees | | | | $ 3,403.00 |
| Account No:    XXX0022<br>Creditor # : 48<br>EXPRESS FREIGHT TRUCKING, INC.<br>2756 NW 29 STREET<br>OAKLAND PARK FL 33311 | | | 2003<br>Freight Deliver Fees | | | | $ 804.00 |
| Account No:<br>Representing:<br>EXPRESS FREIGHT TRUCKING, INC. | | | SECURITY CREDIT CORPORATION<br>BOX 968<br>SIOUX FALLS SD 57101 | | | | |
| Account No:    8288<br>Creditor # : 49<br>FRED TANNER<br>28 KING STREET<br>PORT BYRON NY 13140 | | | 2003<br>Freight Deliver Fees | | | | $ 750.00 |
| Account No:    XXXXX2003<br>Creditor # : 50<br>FRITZ TRUCKING<br>RR1 BOX 117<br>FULLERTON NE 68638 | | | 2003<br>Freight Deliver Fees | | | | $ 750.00 |

Sheet No. _9_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| **Subtotal $**<br>(Total of this page) | 8,179.00 |
| **Total $**<br>(Report total also on Summary of Schedules) | |

In re _JOEY T'S TRANSPORTATION, LLC_ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _XX4692_ <br> Creditor # : 51 <br> FROEHLICH TRUCKING <br> 312 CORA STREET <br> P.O. BOX 384 <br> JOHNSON CREEK WI 53038 | | | 2003 <br> Freight Deliver Fees | | | | $ 1,210.00 |
| Account No: <br> Creditor # : 52 <br> GENTRY TRUCKING INC <br> 562 TONY HOLDER ROAD <br> LONGAP RD NC 27024 | | | 2002 <br> Freight Deliver Fees | | | | $ 625.00 |
| Account No: 659 <br> Creditor # : 53 <br> GJK ENTERPRISES, INC. <br> 3423 N. OSCEOLA AVENUE <br> CHICAGO IL 60634 | | | 2002 <br> Freight Deliver Fees | | | | $ 1,530.00 |
| Account No: <br> Creditor # : 54 <br> GLADES TRANSPORT, INC. <br> P.O. BOX 274227 <br> TAMPA FL 33688 | | | 2001 <br> Freight Deliver Fees | | | | $ 1,260.00 |
| Account No: _X1402_ <br> Creditor # : 55 <br> GLEN POLK TRUCKING INC. <br> P.O. BOX 547 <br> PROSPER TX 75078 | | | 2002 <br> Freight Deliver Fees | | | | $ 470.00 |
| Account No: _XXX8028_ <br> Creditor # : 56 <br> GLM TRANSPORT INC <br> P.O. BOX 322 <br> BERNE IN 46711-0322 | | | 2002 <br> Freight Deliver Fees | | | | $ 870.00 |

Sheet No. _10_ of _24_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) | 5,965.00

Total $ (Report total also on Summary of Schedules)

In re _JOEY T'S TRANSPORTATION, LLC_ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   X9909 <br><br> Creditor # : 57 <br> HILLANDALE FARMS INC <br> 2251 COUNTY ROAD 12 <br> BELLEFONTAINE OHIO 43311 | | 2002 <br><br> *Freight Deliver Fees* | | | | $ 1,147.50 |
| Account No:   XX6303 <br><br> Creditor # : 58 <br> HOLMES TRANSPORT INC. <br> c/o TRANVENTRAL FINANCIAL INC <br> P.O. BOX 1414 <br> MINNEAPOLIS MN 55460 | | 2002 <br><br> *Freight Deliver Fees* | | | | $ 843.00 |
| Account No: <br><br> Representing: <br> HOLMES TRANSPORT INC. | | TRANSVENTRAL FINANCIAL INC. <br> P.O. BOX 1414 NCB-40 <br> MINNEAPOLIS MN 55460 | | | | |
| Account No:   9487 <br><br> Creditor # : 59 <br> IHS DELIVERIES INC <br> P.O. BOX 982 <br> 23852 PACIFIC COAST HWY, #600 <br> MALIBU CA 90265 | | 2002 <br><br> *Freight Deliver Fees* | | | | $ 888.00 |
| Account No:   XXX9098 <br><br> Creditor # : 60 <br> JALOTA INC. <br> DBA PRYOR TRUCKING COMPANY <br> 3145 HICKORY RD., SUITE 202 <br> MEMPHIS TN 38115 | | 2001 <br><br> *Freight Deliver Fees* | | | | $ 3,897.92 |
| Account No:   2244 <br><br> Creditor # : 61 <br> JAMES E. COOPER TRUCKING CO <br> 111 CRUMPLER ROAD <br> P.O. BOX 457 <br> KENLY NC 27542 | | 2001 <br><br> *Freight Deliver Fees* | | | | $ 180.00 |

Sheet No. _11_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | 6,956.42 |
| **Total $** (Report total also on Summary of Schedules) | |

In re _JOEY T'S TRANSPORTATION, LLC_____ / Debtor     Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  XXXX0153  Creditor # : 62 JAMES RICHARDSON TRUCKING, INC 23801 BYERS ROAD BOSCOBEL WI 53805 | | 2003 Freight Deliver Fees | | | | $ 818.00 |
| Account No:  519  Creditor # : 63 JEFF MEINECKE TRUCKING 611 HOWARD AVENUE ST. PAUL MN 68873 | | 2003 Freight Deliver Fees | | | | $ 1,575.00 |
| Account No:  XXXX8464  Creditor # : 64 JESSE ROBERTS TRUCKING P.O. BOX 581 LIVONIA NY 14487 | | 2003 Freight Deliver Fees | | | | $ 1,490.00 |
| Account No:  Representing: JESSE ROBERTS TRUCKING | | SECURITY CREDIT CORPORATION BOX 968 SIOUX FALLS SD 57101 | | | | |
| Account No:  630  Creditor # : 65 JOHNSON TRUCKING 39 GREEN DRIVE SECTION AL 35771 | | 2001 Freight Deliver Fees | | | | $ 730.00 |
| Account No:  XXX2547  Creditor # : 66 JONES MOTOR CO, INC P.O. BOX 200 SPRING CITY PA 19475 | | 2003 Freight Deliver Fees | | | | $ 1,000.00 |

Sheet No. _12_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      5,613.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _JOEY T'S TRANSPORTATION, LLC_____ / Debtor     Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   X63SS  Creditor # : 67 K & K MOTORS RT. 11 BOX 474 LAKE CITY  FL 32024 | | 2001  Freight Deliver Fees | | | | $ 699.00 |
| Account No:   X-875  Creditor # : 68 K.E.S. TRANSPORT P.O. BOX 12059 OLYMPIA WA 98508 | | 2001  Freight Deliver Fees | | | | $ 1,500.00 |
| Account No:  Representing: K.E.S. TRANSPORT | | OLYMPIC CREDIT FUND, INC. P.O. BOX 12059 OLYMPIA WA 98508 | | | | |
| Account No:   XXXIOUS  Creditor # : 69 KAY GEE PRODUCE 4900 CRAYTON AVENUE CLEVELAND OHIO 44104 | | 2002-2003  Freight Deliver Fees | | | | $ 4,932.00 |
| Account No:  Representing: KAY GEE PRODUCE | | COMDATA NETWORK, INC. P.O. BOX 910360 DALLAS TX 75391 | | | | |
| Account No:   65  Creditor # : 70 KEITH & EVERETT TRANSPORTATION 2657G ANNAPOLIS ROAD PMB 452 HANOVER MD 21076 | | 2002  Freight Deliver Fees | | | | $ 262.00 |

Sheet No. _13_ of ___24___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)     7,393.00

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _JOEY T'S TRANSPORTATION, LLC_ _____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: X0871<br>Creditor # : 71<br>KERNER TRANSPORTATION<br>P.O. BOX 524<br>WINNER SD 57580 | | 2001<br>Freight Deliver Fees | | | | $ 566.00 |
| Account No: XX2006<br>Creditor # : 72<br>KLINGSHIM & SONS TRUCKING INC<br>P.O. BOX 98<br>BURKETTSVILLE OHIO 45310 | | 2002<br>Freight Deliver Fees | | | | $ 2,020.00 |
| Account No: XX4030<br>Creditor # : 73<br>KROHN CO.<br>911 HEATHER LANE<br>NORFOLK NE 68701 | | 2003<br>Freight Deliver Fees | | | | $ 1,012.00 |
| Account No: 151<br>Creditor # : 74<br>L & B LOGISTICS, INC<br>480 OLD DAYTONA ROAD<br>DELAND FL 32724 | | 2002<br>Freight Deliver Fees | | | | $ 1,508.00 |
| Account No:<br>Creditor # : 75<br>LAURA EXPRESS TRUCK CO<br>ATTN: RALPH DENELLA<br>520 PULITER ROAD<br>FT. PIERCE FL 34945 | | 2003<br>Freight Deliver Fees | | | | $ 556.00 |
| Account No: X5633<br>Creditor # : 76<br>LEE SARTIN TRUCKING COMPANY<br>P.O. BOX 968<br>US ROUTE 52<br>KERMIT WV 25674 | | 2001<br>Freight Deliver Fees | | | | $ 1,050.00 |

Sheet No. _14_ of ___24___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ (Total of this page) | 6,712.00 |
| Total $ (Report total also on Summary of Schedules) | |

In re _JOEY T'S TRANSPORTATION, LLC_____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **XXXIOUS**<br>_Creditor # : 77_<br>_LEO TRANSPORTATION_<br>_P.O. BOX 77163_<br>_GREENSBORO NC 27417_ | | | _2002_<br>_Freight Deliver Fees_ | | | | $ 2,530.50 |
| Account No: **70**<br>_Creditor # : 78_<br>_LERIX, INC. USA_<br>_18459 PINES BLVD_<br>_SUITE 326_<br>_PEMBROKE PINES FL 33029_ | | | _2003_<br>_Freight Deliver Fees_ | | | | $ 1,125.00 |
| Account No: **XXXXX2061**<br>_Creditor # : 79_<br>_LESTER M. PRANGE, INC_<br>_380 MAPLE SHADE ROAD_<br>_P.O. BOX 126_<br>_KIRKWOOD PA 17536_ | | | _2001_<br>_Freight Deliver Fees_ | | | | $ 780.00 |
| Account No: **2835**<br>_Creditor # : 80_<br>_LONGSHOT TRUCKING, INC._<br>_14506 RUPERT ROAD_<br>_HARLAN IN 46743_ | | | _2002_<br>_Freight Deliver Fees_ | | | | $ 1,047.00 |
| Account No: **XXXIOUS**<br>_Creditor # : 81_<br>_M L & C TRUCKING LLC_<br>_P.O. BOX 682_<br>_ALVA OK 73717_ | | | _2001_<br>_Freight Deliver Fees_ | | | | $ 5,780.00 |
| Account No: **688**<br>_Creditor # : 82_<br>_M P I N C_<br>_773 HALEYVILLE ROAD_<br>_PORT NORRIS NJ 08349_ | | | _2002_<br>_Freight Deliver Fees_ | | | | $ 550.00 |

Sheet No. _15_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | 11,812.50
(Total of this page)
Total $ |
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _JOEY T'S TRANSPORTATION, LLC_ _____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: XXXIOUS Creditor # : 83 MARK'S TRANSPORTATION MTC, INC P.O. BOX 6247 MARTINSBURG WV 25402 | | 2002 Freight Deliver Fees | | | | | $ 1,204.00 |
| Account No: XX6829 Creditor # : 84 MITCHELL TRANSPORT P.O. BOX 310065 TAMPA FL 33680-0065 | | 2002 Freight Deliver Fees | | | | | $ 600.00 |
| Account No: XXXIOUS Creditor # : 85 MJD TRUCKING INC 2055 DEMARCO DRIVE VINELAND NJ 08360 | | 2002 Freight Deliver Fees | | | | | $ 3,030.00 |
| Account No: 3375 Creditor # : 86 MJM TRUCKING 2939 STRALEY ROAD XENIA OHIO 45385 | | 2002 Freight Deliver Fees | | | | | $ 824.00 |
| Account No: 1945 Creditor # : 87 MMS TRANSPORTATION INC 308 NW 47TH STREET POMANO BEACH FL 33064 | | 2001 Freight Deliver Fees | | | | | $ 350.00 |
| Account No: X1524 Creditor # : 88 MUFFET TRUCKING INC 1968 GULF STREET, N.W. UNIONTOWN OHIO 44685 | | 2001 Freight Deliver Fees | | | | | $ 525.00 |

Sheet No. _16_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)        6,533.00

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _JOEY T'S TRANSPORTATION, LLC_____ / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Representing: <br> MUFFET TRUCKING INC | | | CRESTMARK FINANCIAL CORP <br> P.O. BOX 79001 <br> DETROIT MI 48279-1078 | | | | |
| Account No: 28 <br> Creditor # : 89 <br> MWS TRUCKLINE <br> 110 SOUTH MOUNTAIN WAY DRIVE <br> OREM UT 84058 | | | 2003 <br> Freight Deliver Fees | | | | $ 1,800.00 |
| Account No: XXX2375 <br> Creditor # : 90 <br> OESTER TRUCKING, INC <br> 10268 MASON DIXON HIGHWAY <br> SALISBURY PA 15558 | | | 2003 <br> Freight Deliver Fees | | | | $ 860.00 |
| Account No: 399 <br> Creditor # : 91 <br> PARTIN TRANSPORTATION SYSTEM <br> c/o SEVEN OAKS CAPITAL CORP <br> P.O. BOX 54755 <br> NEW ORLEANS LA 70154-4755 | | | 2003 <br> Freight Deliver Fees | | | | $ 888.00 |
| Account No: <br> Representing: <br> PARTIN TRANSPORTATION SYSTEM | | | SEVEN OAKS CAPITAL CORPORATION <br> P.O. BOX 54755 <br> NEW ORLEANS LA 70154-4755 | | | | |
| Account No: <br> Creditor # : 92 <br> PAUL BORGARD TRUCKING <br> ROUTE 11 BOX 474 <br> LAKE CITY FL 32024 | | | 2002 <br> Freight Deliver Fees | | | | $ 1,000.00 |

Sheet No. 17 of 24 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ (Total of this page) | 4,548.00 |
| Total $ (Report total also on Summary of Schedules) | |

In re _JOEY T'S TRANSPORTATION, LLC_ / Debtor   Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   XX1143<br>Creditor # : 93<br>PAY-RITE INC<br>P.O. BOX 100161<br>PALM BAY FL 32910-0161 | | | 2002<br>Freight Deliver Fees | | | | $ 620.00 |
| Account No:   XX1336<br>Creditor # : 94<br>PIPE CREEK MARKETING INC<br>7270 S. WARREN ROAD<br>P.O. BOX 591<br>WARREN IN 46792 | | | 2001<br>Freight Deliver Fees | | | | $ 435.00 |
| Account No:   8333<br>Creditor # : 95<br>PORKIES TRANSPORT LLC<br>P.O. BOX 448<br>AUGUSTA WI 54722 | | | 2003<br>Freight Deliver Fees | | | | $ 700.00 |
| Account No:   480<br>Creditor # : 96<br>Q&E TRANSPORTATION, INC<br>6992 WEST 29TH WAY<br>HIALEAH   33018 | | | 2003<br>Freight Deliver Fees | | | | $ 474.00 |
| Account No:   1131<br>Creditor # : 97<br>QUALITY TRANSPORTATION INC<br>P.O. BOX 354<br>DOUSMAN WI 53118 | | | 2001<br>Freight Deliver Fees | | | | $ 600.00 |
| Account No:   X0288<br>Creditor # : 98<br>QUIKWAY TRUCKING INC<br>985 SOUTH BROAD STREET<br>SUITE 4<br>TRENTON NJ 08618 | | | 2002<br>Freight Deliver Fees | | | | $ 1,440.00 |

Sheet No. _18_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $**<br>(Total of this page) | 4,269.00 |
| **Total $**<br>(Report total also on Summary of Schedules) | |

In re *JOEY T'S TRANSPORTATION, LLC* _____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Representing:<br>QUIKWAY TRUCKING INC | | | SUNBELT FINANCE LLC<br>P.O. BOX 9240<br>JONESBORO AR 72403 | | | | |
| Account No: 218<br>Creditor # : 99<br>R & S TRUCKING<br>OF THE UPSTATE, INC.<br>324 BLACKSNAKE ROAD<br>PICKENS SC 29671 | | | 2002<br>Freight Deliver Fees | | | | $ 1,805.00 |
| Account No:<br><br>Representing:<br>R & S TRUCKING | | | ASSOCIATED RECIEVABLES FUNDING<br>P.O. BOX 16253<br>GREENVILLE SC 29606 | | | | |
| Account No:<br>Creditor # : 100<br>R C TRANSPORTATION | | | 2003<br>Freight Deliver Fees | | | | $ 900.00 |
| Account No: XXD<br>Creditor # : 101<br>R&B | | | 2001<br>Freight Deliver Fees | | | | $ 245.00 |
| Account No: XXXIOUS<br>Creditor # : 102<br>RANKIN TRUCK BROKERS<br>RT. 3 BOX 200<br>YEMASSEE SC 29945 | | | 2001<br>Freight Deliver Fees | | | | $ 2,700.00 |

Sheet No. 19 of 24 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    5,650.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _JOEY T'S TRANSPORTATION, LLC_____ / Debtor      Case No._____
                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **XXXIOUS** Creditor # : 103 REI TRUCK AIR P.O. BOX 120 ROMEO MI 48065 | | 2003 _Freight Deliver Fees_ | | | | $ 1,975.00 |
| Account No: Creditor # : 104 ROBERTS TRUCKING INC N 9250 HIGHWAY 26 ELDORADO WI 54932 | | 2003 _Freight Deliver Fees_ | | | | $ 700.00 |
| Account No: 132 Creditor # : 105 SELECT TRANSPORTATION INC 10231 WEST MAIN ROAD RIPLEY NY 14775 | | 2002 _Freight Deliver Fees_ | | | | $ 1,150.00 |
| Account No: XX0942 Creditor # : 106 SILVERADO LOGISTICS P.O. BOX 6410 WSB GAINSVILLE GA 30504 | | 2001 _Freight Deliver Fees_ | | | | $ 412.50 |
| Account No: XXXIOUS Creditor # : 107 SNS EXPRESS, INC. 20597 U.S. ROUTE 24 DEFIANCE OHIO 43512 | | 2001-2002 _Freight Deliver Fees_ | | | | $ 3,660.00 |
| Account No: XXXIOUS Creditor # : 108 SPENCER TRUCKING P.O. BOX 168 KNOXVILLE PA 16928 | | 2003 _Freight Deliver Fees_ | | | | $ 9,335.40 |

Sheet No. __20__ of __24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | 17,232.90 |
| **Total $** (Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _JOEY T'S TRANSPORTATION, LLC_____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _XXXIOUS_  Creditor # : 109  SPRING VALLEY EXPRESS  417 HOLTZCLAW LANE  HUSTONVILLE KY 40437 | | | 2003  *Freight Deliver Fees* | | | | $ 1,530.00 |
| Account No:  Creditor # : 110  STAFFORD TRUCK COMPANY | | | *Freight Deliver Fees* | | | | $ 186.00 |
| Account No:  Creditor # : 111  SW HELTS COMPANY  118 KARALUNAS ROAD  WEST EDMONTON NY 13485 | | | 2001  *Freight Deliver Fees* | | | | $ 615.20 |
| Account No: _XXX6159_  Creditor # : 112  TOM ORT TRUCKING INC  P.O. BOX 267  NEW LONDON WI 54961 | | | 2002  *Freight Deliver Fees* | | | | $ 424.00 |
| Account No: _XXX1257_  Creditor # : 113  TOP LINK TRANSPORTATION  37955 TIMBER STREET  SUITE G  NEWARK CA 94560 | | | 2002  *Freight Deliver Fees* | | | | $ 1,468.00 |
| Account No: _1106_  Creditor # : 114  TRUCK TRANSPORT  BUIRTON R. SMITH  RR 2, BOX 183  MESHOPPEN PA 18630 | | | 2001  *Freight Deliver Fees* | | | | $ 840.00 |

Sheet No. _21_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | 5,063.20 |
| **Total $** (Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _JOEY T'S TRANSPORTATION, LLC_ / Debtor          Case No._____
                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: XX1093<br>Creditor # : 115<br>UK EXPRESS, INC<br>1721 ST. PAUL STREET<br>ROCHESTER NY 14621 | | | Freight Deliver Fees | | | | $ 568.00 |
| Account No: 6430<br>Creditor # : 116<br>V.G. TRUCKING INC<br>P.O. BOX 573<br>LITHONIA GA 30058-0573 | | | 2002<br>Freight Deliver Fees | | | | $ 1,600.00 |
| Account No: XX9630<br>Creditor # : 117<br>VAN-PAK<br>135 S. LASELLE STREET<br>DEPT. 3135<br>CHICAGO IL 60674 | | | 2003<br>Freight Deliver Fees | | | | $ 680.00 |
| Account No:<br>Creditor # : 118<br>VERMILLION BROTHERS<br>P.O. BOX 1426<br>LASALLE IL 61301 | | | 2001<br>Freight Deliver Fees | | | | $ 600.00 |
| Account No:<br>Creditor # : 119<br>W.P. RONSON, JR. & SONS, INC.<br>2823 CARMEN ROAD<br>MIDDLEPORT NY 14105 | | | 2003<br>Freight Deliver Fees | | | | $ 475.00 |
| Account No: 2226<br>Creditor # : 120<br>WARRIOR LOGISTICS, INC<br>9726 GREY FOX LANE<br>PORT RICHEY FL 34668 | | | 2003<br>Freight Deliver Fees | | | | $ 974.00 |

Sheet No. 22 of 24 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ (Total of this page) | 4,897.00 |
| Total $ (Report total also on Summary of Schedules) | |

In re *JOEY T'S TRANSPORTATION, LLC* / Debtor   Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Representing:* *WARRIOR LOGISTICS, INC* | | | *R.T.S., INC.* *P.O. BOX 802270* *KANSAS CITY MO 64180* | | | | |
| Account No: *XXXIOUS* *Creditor # : 121* *WAYNE T. FELLOWS, INC. 2000* *P.O. BOX 642* *DAVENPORT FL 33836* | | | *2003* *Freight Deliver Fees* | | | | $ 4,731.00 |
| Account No: *X0001* *Creditor # : 122* *WEBB GRADING & TRUCKING, INC.* *P.O. BOX 961029* *FORT WORTH TX 76161* | | | *2001* *Freight Deliver Fees* | | | | $ 950.00 |
| Account No: *XXXXXXXX80-1* *Creditor # : 123* *WEST FLORIDA TRANSPORT, INC* *5500-4 DIVISION DRIVE* *FT. MYERS FL 33905* | | | *2002* *Freight Deliver Fees* | | | | $ 1,446.00 |
| Account No: *1009* *Creditor # : 124* *WESTERN ARIES CONSTRUCTION,LLC* *2919 BIRCH AVENUE* *NIAGARA FALLS NY 14305* | | | *2003* *Freight Deliver Fees* | | | | $ 667.00 |
| Account No: *793* *Creditor # : 125* *WESTERN PRIDE TRANSPORTATION* *P.O. BOX 1390* *FERNLEY NV 89408* | | | *2002* *Freight Deliver Fees* | | | | $ 986.00 |

Sheet No. _23_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    8,780.00

Total $ (Report total also on Summary of Schedules)

In re _JOEY T'S TRANSPORTATION, LLC_ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: XX-069 Creditor # : 126 WINDMILL EXPRESS 7739 GLENLEA HOUSTON TX 77061 | | | 2001 Freight Deliver Fees | | | | $ 712.00 |
| Account No: Creditor # : 127 WRIGHTS TRANSPORT | | | Freight Deliver Fees | | | | $ 162.50 |
| Account No: 1045 Creditor # : 128 WYN "D" HILL TRANSIT, INC. 606 S. POLK MOROCCO IN 47963 | | | 2002 Freight Deliver Fees | | | | $ 1,758.00 |
| Account No: XXXX0614 Creditor # : 129 ZAPPALA FARMS, LLC 11404 SCHULER ROAD CATO NY 13033 | | | 2001 Freight Deliver Fees | | | | $ 1,425.00 |
| Account No: XXXIOUS Creditor # : 130 ZERNICKE TRUCKING, INC 420 N. CECIL STREET BONDUEL WI 54107 | | | 2003 Freight Deliver Fees | | | | $ 1,205.00 |
| Account No: | | | | | | | |

Sheet No. 24 of 24 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ (Total of this page) | 5,262.50 |
| Total $ (Report total also on Summary of Schedules) | 224,677.58 |

In re _JOEY T'S TRANSPORTATION, LLC_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

FORM B6H (6/90) West Group, Rochester, NY

In re _JOEY T'S TRANSPORTATION, LLC_ _____/ Debtor     Case No. _____
                                                               (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

In re _JOEY T'S TRANSPORTATION, LLC_ _____ / Debtor   Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status: _Single_ | RELATIONSHIP | | AGE |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ 0.00 |
| Estimated Monthly Overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from Real Property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social Security or other government assistance Specify: | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income Specify: | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 0.00 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME   $ _____ 0.00
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

_BUSINESS WAS CLOSED FEBRUARY 28, 2003._

_NO FURTHER INCOME OR EXPENSES OCCUR FROM THE BUSINESS_

In re _JOEY T'S TRANSPORTATION, LLC_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
| Are real estate taxes included?   Yes ☐   No ☐ | |
| Is property insurance included?   Yes ☐   No ☐ | |
| Utilities: Electricity and heating fuel | $ 0.00 |
|      Water and sewer | $ 0.00 |
|      Telephone | $ 0.00 |
|      Other | $ 0.00 |
|      Other | $ 0.00 |
|      Other | $ 0.00 |
| Home maintenance (Repairs and upkeep) | $ 0.00 |
| Food | $ 0.00 |
| Clothing | $ 0.00 |
| Laundry and dry cleaning | $ 0.00 |
| Medical and dental expenses | $ 0.00 |
| Transportation (not including car payments) | $ 0.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|      Homeowner's or renter's | $ 0.00 |
|      Life | $ 0.00 |
|      Health | $ 0.00 |
|      Auto | $ 0.00 |
|      Other | $ 0.00 |
|      Other | $ 0.00 |
|      Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify: | $ 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|      Auto | $ 0.00 |
|      Other: | $ 0.00 |
|      Other: | $ 0.00 |
|      Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other: | $ 0.00 |
| Other: | $ 0.00 |
| Other: | $ 0.00 |
| **TOTAL MONTHLY EXPENSES**    (Report also on Summary of Schedules) | $ 0.00 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re *JOEY T'S TRANSPORTATION, LLC*
    *a New York Corporation*

Case No.
Chapter  7

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.**

**2. I intend to do the following with respect to the property of the estate which secures those consumer debts:**

**a. Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| None | |

**b. Property to Be Retained.**                              [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *2002 BUICK REGAL GS (70K)* | *CITIZEN'S BANK* | | | X |

**Signature of Debtor(s)**

Date: *5/7/04* _____

Debtor: _____

Date: *5/7/04* _____

Joint Debtor: _____

West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re  *JOEY T'S TRANSPORTATION, LLC*

Case No.
Chapter:  7

_____/Debtor(s)

Attorney For Debtor:  *JOSEPH A. PRICE, ESQ.*

## LIST OF CREDITORS

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 1 | 24 SEVEN TRANSPORTATION INC<br>7844 GREGORY DRIVE UNIT 106<br>JACKSONVILLE, FL  32210 | Freight Deliver Fees | | $ 718.00 |
| 2 | A&R TRANSPORTATION & WAREHOUSE<br>17725 VOLBRECHT ROAD<br>LANSING, IL  60438 | Freight Deliver Fees | | $ 1,500.00 |
| 3 | ADAWN EXPRESS, INC<br>P.O. BOX 186<br>ARCADE, NY  14009 | Freight Deliver Fees | | $ 5,462.00 |
| 4 | ALBRITTON FARMS, INC<br>3820 PEANUT ROAD<br>P.O. BOX 666<br>COTTONDALE, FL  32431 | Freight Deliver Fees | | $ 1,845.00 |
| 5 | ALLIED CARRIERS EXCHANGE INC<br>P.O. BOX 17626<br>DENVER, CO  80217-0626 | Freight Deliver Fees | | $ 525.00 |
| 6 | ALTO'S EXPRESS INC.<br>P.O. BOX 45<br>RIVERTON, NJ  08077 | Freight Deliver Fees | | $ 2,925.00 |
| 7 | AMERICA PLUS<br>P.O. BOX 7751<br>BEND, OR  97708 | Freight Deliver Fees | | $ 1,396.06 |
| 8 | AMERITRANS, LLC<br>P.O. BOX 197<br>GULF, NC  27256 | Freight Deliver Fees | | $ 1,560.00 |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 9 | AREL TRANSPORT INC<br>112 BIEDER AVENUE<br>SANFORD, FL 32773 | *Freight Deliver Fees* | | $ 439.00 |
| 10 | ARNOLD'S FLORIST<br>234 TOMPKINS STREET<br>CORTLAND, NY 13045 | *Freight Deliver Fees* | | $ 29,361.00 |
| 11 | ARRIVAL TRANSPORT<br>943 CENTER AVENUE<br>GRIDLEY, CA 95948 | *Freight Deliver Fees* | | $ 920.00 |
| 12 | ASHAUER TRUCKING INC<br>W5131 WEGE ROAD<br>APPLETON, WI 54915 | *Freight Deliver Fees* | | $ 725.00 |
| 13 | ATS TRANSPORT, INC.<br>4344 WEST 67TH STREET<br>CHICAGO, IL 60629 | *Freight Deliver Fees* | | $ 1,000.00 |
| 14 | BENJAMIN & BENJAMIN TRUCKING<br>P.O. BOX 369<br>MANTUA, OHIO 44255 | *Freight Deliver Fees* | | $ 4,475.00 |
| 15 | BERRY TRUCKING<br>S 10510 KELLY ROAD<br>P.O. BOX 4466<br>AUGUSTA, WI 54722 | *Freight Deliver Fees* | | $ 1,090.00 |
| 16 | BORDERLINE EXPRESS<br>102 E. HASKINS STREET<br>CHESTER, IA 52134 | *Freight Deliver Fees* | | $ 4,030.00 |
| 17 | BORGARD TRUCKING<br>ROUTE 11 BOX 474<br>LAKE CITY , FL 32024 | *Freight Deliver Fees* | | $ 220.00 |
| 18 | BOSMA TRUCKING INC<br>6654 220TH STREET<br>OCHEYEDAN, IA 51354 | *Freight Deliver Fees* | | $ 400.00 |
| 19 | BUCHAN TRUCKING LLC<br>P.O. BOX 315<br>EAST TROY, WI 53120 | *Freight Deliver Fees* | | $ 413.00 |

# LIST OF CREDITORS
### (Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 20 | BUTTAURUS ENTERPRISES, CORP<br>200 N. WILLTER<br>MIAMI SHORES, FL 33168 | Freight Deliver Fees | | $ 1,450.00 |
| 21 | BYRD TRUCKING<br>8433 CR 384<br>TYLER, TX 75708 | Freight Deliver Fees | | $ 3,145.00 |
| 22 | C & E TRANSPORTATION, INC<br>141 WHISPERWOD TRAIL<br>FLORENCE, AL 35633 | Freight Deliver Fees | | $ 532.50 |
| 23 | C & L BROKERAGE, LLC<br>P.O. BOX 69<br>MCADOO, PA 18237 | Freight Deliver Fees | | $ 975.00 |
| 24 | C & L TRANSPORTERS, INC<br>P.O. BOX 22114<br>HOUSTON, TX 77227 | Freight Deliver Fees | | $ 2,430.00 |
| 25 | C & S TRANSPORTS, LLC<br>363 PETUNIA PATH<br>CHESAPEAKE, VA 23325 | Freight Deliver Fees | | $ 774.00 |
| 26 | C.D TRANSPORTATION<br>2121 E. EVERGREEN DRIVE<br>CARO , MI 48723 | Freight Deliver Fees | | $ 76.00 |
| 27 | CAMPION FREIGHT-WAYS INC<br>P.O. BOX 6531<br>AUGUSTA, GA 30916 | Freight Deliver Fees | | $ 1,150.00 |
| 28 | CEE BEE CARTAGE, INC<br>2404 S. WOLCOTT, UNIT 21<br>CHICAGO, IL 60608 | Freight Deliver Fees | | $ 175.00 |
| 29 | CHARTER EXPRESS, INC.<br>2945 E. PHTHIAN<br>SPRINGFIELD, MO 65802 | Freight Deliver Fees | | $ 8,498.00 |
| 30 | CITIZEN'S BANK<br>P.O. BOX M<br>PROVIDENCE, RI 02901 | Auto Lien<br>2002 BUICK REGAL GS (70K) | | $ 15,800.00 |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 31 | CLEMENS TRANSPORTATION<br>235 HILLTOP ROAD<br>COOPERSBURG, PA 18036 | Freight Deliver Fees | | $ 900.00 |
| 32 | COMDATA NETWORK, INC<br>P.O. BOX 910360<br>DALLAS, TX 75391 | Advance Broker Fees | | $ 630.00 |
| 33 | COOL CARRIERS OF FLORIDA, INC<br>P.O. BOX 666976<br>COCONUT CREEK, FL 33066 | Freight Deliver Fees | | $ 861.00 |
| 34 | CUSTOM TRUCKING, INC<br>REAR 131 SECOND STREET<br>P.O. BOX 1131<br>WILKES-BARRE, PA 18703 | Freight Deliver Fees | | $ 1,440.00 |
| 35 | D S HALL TRUCKING INC<br>11019 ELLIS DRIVE<br>GULPORT, MS 39503 | Freight Deliver Fees | | $ 807.00 |
| 36 | D&M TRUCKING<br>5970 CALLE LAMINA<br>LAS CRUCES, NM 88012 | Freight Deliver Fees | | $ 701.00 |
| 37 | D&T EXPRESS, INC<br>611 WEST MANLIUS STREET<br>EAST SYRACUSE, NY 13057 | Freight Deliver Fees | | $ 2,303.00 |
| 38 | DARRELL ANDREWS TRUCKING INC<br>P.O. BOX 654<br>SILER CITY, MC 27344 | Freight Deliver Fees | | $ 2,785.00 |
| 39 | DAT TRADING AND SALES CO. INC<br>DBA DAT TRUCKING<br>P.O. BOX 2897<br>WEST COLUMBIA, SC 29171 | Freight Deliver Fees | | $ 4,376.50 |
| 40 | DATE TRUCKING SERVICE, INC<br>N9165 CONNELLY ROAD<br>WHITEWATER, WI 53190 | Freight Deliver Fees | | $ 700.00 |
| 41 | DEDICATED FATIME EXPRESS, LLC<br>155 E. VINE STREET<br>HATFIELD, PA 19440 | Freight Deliver Fees | | $ 475.00 |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 42 | DFC TRANSPORTATION COMPANY<br>11966 OAK CREEK PARKWAY<br>HUNTLEY, IL 60142 | Freight Deliver Fees | | $ 580.00 |
| 43 | DMT<br>P.O. BOX 95 - STN P<br>TORONT, ONTARIO CANADA M5S 2S6 | Freight Deliver Fees | | $ 2,017.50 |
| 44 | DOUBLE B | Freight Deliver Fees | | $ 465.00 |
| 45 | E & L TRANSPORT<br>ED OR LORINDA GRAUEL<br>34878 E. COUNTY LINE ROAD<br>YUCAIPA, CA 92399 | Freight Deliver Fees | | $ 1,180.00 |
| 46 | EASTERN FREIGHT FORWARDERS<br>100 WEST MIDDLE ROAD<br>P.O. BOX 9728<br>RIVIERA BEACH, FL 33404 | Freight Deliver Fees | | $ 11,380.50 |
| 47 | ENRIQUE GARZA DBA.<br>ROADRUNNER G.E.E.P. CARRIER<br>1618 MONTERREY DRIVE<br>BROWNSVILLE, TX 78521 | Freight Deliver Fees | | $ 2,472.00 |
| 48 | ERX, INC.<br>P.O. BOX 6197<br>CHICAGO, IL 60680 | Freight Deliver Fees | | $ 3,403.00 |
| 49 | EXPRESS FREIGHT TRUCKING, INC.<br>2756 NW 29 STREET<br>OAKLAND PARK, FL 33311 | Freight Deliver Fees | | $ 804.00 |
| 50 | FRED TANNER<br>28 KING STREET<br>PORT BYRON, NY 13140 | Freight Deliver Fees | | $ 750.00 |
| 51 | FRITZ TRUCKING<br>RR1 BOX 117<br>FULLERTON, NE 68638 | Freight Deliver Fees | | $ 750.00 |
| 52 | FROEHLICH TRUCKING<br>312 CORA STREET<br>P.O. BOX 384<br>JOHNSON CREEK, WI 53038 | Freight Deliver Fees | | $ 1,210.00 |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 53 | GENTRY TRUCKING INC<br>562 TONY HOLDER ROAD<br>LONGAP RD, NC  27024 | Freight Deliver Fees | | $ 625.00 |
| 54 | GJK ENTERPRISES, INC.<br>3423 N. OSCEOLA AVENUE<br>CHICAGO, IL  60634 | Freight Deliver Fees | | $ 1,530.00 |
| 55 | GLADES TRANSPORT, INC.<br>P.O. BOX 274227<br>TAMPA, FL  33688 | Freight Deliver Fees | | $ 1,260.00 |
| 56 | GLEN POLK TRUCKING INC.<br>P.O. BOX 547<br>PROSPER, TX  75078 | Freight Deliver Fees | | $ 470.00 |
| 57 | GLM TRANSPORT INC<br>P.O. BOX 322<br>BERNE, IN  46711-0322 | Freight Deliver Fees | | $ 870.00 |
| 58 | HILLANDALE FARMS INC<br>2251 COUNTY ROAD 12<br>BELLEFONTAINE, OHIO  43311 | Freight Deliver Fees | | $ 1,147.50 |
| 59 | HOLMES TRANSPORT INC.<br>c/o TRANVENTRAL FINANCIAL INC<br>P.O. BOX 1414<br>MINNEAPOLIS, MN  55460 | Freight Deliver Fees | | $ 843.00 |
| 60 | IHS DELIVERIES INC<br>P.O. BOX 982<br>23852 PACIFIC COAST HWY, #600<br>MALIBU, CA  90265 | Freight Deliver Fees | | $ 888.00 |
| 61 | JALOTA INC.<br>DBA PRYOR TRUCKING COMPANY<br>3145 HICKORY RD., SUITE 202<br>MEMPHIS, TN  38115 | Freight Deliver Fees | | $ 3,897.92 |
| 62 | JAMES E. COOPER TRUCKING CO<br>111 CRUMPLER ROAD<br>P.O. BOX 457<br>KENLY, NC  27542 | Freight Deliver Fees | | $ 180.00 |
| 63 | JAMES RICHARDSON TRUCKING, INC<br>23801 BYERS ROAD<br>BOSCOBEL, WI  53805 | Freight Deliver Fees | | $ 818.00 |

# LIST OF CREDITORS
### (Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 64 | JEFF MEINECKE TRUCKING<br>611 HOWARD AVENUE<br>ST. PAUL, MN  68873 | *Freight Deliver Fees* | | $ 1,575.00 |
| 65 | JESSE ROBERTS TRUCKING<br>P.O. BOX 581<br>LIVONIA, NY  14487 | *Freight Deliver Fees* | | $ 1,490.00 |
| 66 | JOHNSON TRUCKING<br>39 GREEN DRIVE<br>SECTION, AL  35771 | *Freight Deliver Fees* | | $ 730.00 |
| 67 | JONES MOTOR CO, INC<br>P.O. BOX 200<br>SPRING CITY, PA  19475 | *Freight Deliver Fees* | | $ 1,000.00 |
| 68 | K & K MOTORS<br>RT. 11 BOX 474<br>LAKE CITY , FL  32024 | *Freight Deliver Fees* | | $ 699.00 |
| 69 | K.E.S. TRANSPORT<br>P.O. BOX 12059<br>OLYMPIA, WA  98508 | *Freight Deliver Fees* | | $ 1,500.00 |
| 70 | KAY GEE PRODUCE<br>4900 CRAYTON AVENUE<br>CLEVELAND, OHIO  44104 | *Freight Deliver Fees* | | $ 4,932.00 |
| 71 | KEITH & EVERETT TRANSPORTATION<br>2657G ANNAPOLIS ROAD PMB 452<br>HANOVER, MD  21076 | *Freight Deliver Fees* | | $ 262.00 |
| 72 | KERNER TRANSPORTATION<br>P.O. BOX 524<br>WINNER, SD  57580 | *Freight Deliver Fees* | | $ 566.00 |
| 73 | KLINGSHIM & SONS TRUCKING INC<br>P.O. BOX 98<br>BURKETTSVILLE, OHIO  45310 | *Freight Deliver Fees* | | $ 2,020.00 |
| 74 | KROHN CO.<br>911 HEATHER LANE<br>NORFOLK, NE  68701 | *Freight Deliver Fees* | | $ 1,012.00 |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|-------------------|---------|--------------|
| 75 | L & B LOGISTICS, INC<br>480 OLD DAYTONA ROAD<br>DELAND, FL  32724 | *Freight Deliver Fees* | | $ 1,508.00 |
| 76 | LAURA EXPRESS TRUCK CO<br>ATTN: RALPH DENELLA<br>520 PULITER ROAD<br>FT. PIERCE, FL  34945 | *Freight Deliver Fees* | | $ 556.00 |
| 77 | LEE SARTIN TRUCKING COMPANY<br>P.O. BOX 968<br>US ROUTE 52<br>KERMIT, WV  25674 | *Freight Deliver Fees* | | $ 1,050.00 |
| 78 | LEO TRANSPORTATION<br>P.O. BOX 77163<br>GREENSBORO, NC  27417 | *Freight Deliver Fees* | | $ 2,530.50 |
| 79 | LERIX, INC. USA<br>18459 PINES BLVD<br>SUITE 326<br>PEMBROKE PINES, FL  33029 | *Freight Deliver Fees* | | $ 1,125.00 |
| 80 | LESTER M. PRANGE, INC<br>380 MAPLE SHADE ROAD<br>P.O. BOX 126<br>KIRKWOOD, PA  17536 | *Freight Deliver Fees* | | $ 780.00 |
| 81 | LONGSHOT TRUCKING, INC.<br>14506 RUPERT ROAD<br>HARLAN, IN  46743 | *Freight Deliver Fees* | | $ 1,047.00 |
| 82 | M L & C TRUCKING LLC<br>P.O. BOX 682<br>ALVA, OK  73717 | *Freight Deliver Fees* | | $ 5,780.00 |
| 83 | M P I N C<br>773 HALEYVILLE ROAD<br>PORT NORRIS, NJ  08349 | *Freight Deliver Fees* | | $ 550.00 |
| 84 | MARK'S TRANSPORTATION MTC, INC<br>P.O. BOX 6247<br>MARTINSBURG, WV  25402 | *Freight Deliver Fees* | | $ 1,204.00 |
| 85 | MITCHELL TRANSPORT<br>P.O. BOX 310065<br>TAMPA, FL  33680-0065 | *Freight Deliver Fees* | | $ 600.00 |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 86 | MJD TRUCKING INC<br>2055 DEMARCO DRIVE<br>VINELAND, NJ 08360 | Freight Deliver Fees | | $ 3,030.00 |
| 87 | MJM TRUCKING<br>2939 STRALEY ROAD<br>XENIA, OHIO 45385 | Freight Deliver Fees | | $ 824.00 |
| 88 | MMS TRANSPORTATION INC<br>308 NW 47TH STREET<br>POMANO BEACH, FL 33064 | Freight Deliver Fees | | $ 350.00 |
| 89 | MUFFET TRUCKING INC<br>1968 GULF STREET, N.W.<br>UNIONTOWN, OHIO 44685 | Freight Deliver Fees | | $ 525.00 |
| 90 | MWS TRUCKLINE<br>110 SOUTH MOUNTAIN WAY DRIVE<br>OREM, UT 84058 | Freight Deliver Fees | | $ 1,800.00 |
| 91 | OESTER TRUCKING, INC<br>10268 MASON DIXON HIGHWAY<br>SALISBURY, PA 15558 | Freight Deliver Fees | | $ 860.00 |
| 92 | PARTIN TRANSPORTATION SYSTEM<br>c/o SEVEN OAKS CAPITAL CORP<br>P.O. BOX 54755<br>NEW ORLEANS, LA 70154-4755 | Freight Deliver Fees | | $ 888.00 |
| 93 | PAUL BORGARD TRUCKING<br>ROUTE 11 BOX 474<br>LAKE CITY , FL 32024 | Freight Deliver Fees | | $ 1,000.00 |
| 94 | PAY-RITE INC<br>P.O. BOX 100161<br>PALM BAY, FL 32910-0161 | Freight Deliver Fees | | $ 620.00 |
| 95 | PIPE CREEK MARKETING INC<br>7270 S. WARREN ROAD<br>P.O. BOX 591<br>WARREN, IN 46792 | Freight Deliver Fees | | $ 435.00 |
| 96 | PORKIES TRANSPORT LLC<br>P.O. BOX 448<br>AUGUSTA, WI 54722 | Freight Deliver Fees | | $ 700.00 |

# LIST OF CREDITORS
### (Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 97 | Q&E TRANSPORTATION, INC<br>6992 WEST 29TH WAY<br>HIALEAH 33018 | *Freight Deliver Fees* | | $ 474.00 |
| 98 | QUALITY TRANSPORTATION INC<br>P.O. BOX 354<br>DOUSMAN, WI 53118 | *Freight Deliver Fees* | | $ 600.00 |
| 99 | QUIKWAY TRUCKING INC<br>985 SOUTH BROAD STREET<br>SUITE 4<br>TRENTON, NJ 08618 | *Freight Deliver Fees* | | $ 1,440.00 |
| 100 | R & S TRUCKING<br>OF THE UPSTATE, INC.<br>324 BLACKSNAKE ROAD<br>PICKENS, SC 29671 | *Freight Deliver Fees* | | $ 1,805.00 |
| 101 | R C TRANSPORTATION | *Freight Deliver Fees* | | $ 900.00 |
| 102 | R&B | *Freight Deliver Fees* | | $ 245.00 |
| 103 | RANKIN TRUCK BROKERS<br>RT. 3 BOX 200<br>YEMASSEE, SC 29945 | *Freight Deliver Fees* | | $ 2,700.00 |
| 104 | REI TRUCK AIR<br>P.O. BOX 120<br>ROMEO, MI 48065 | *Freight Deliver Fees* | | $ 1,975.00 |
| 105 | ROBERTS TRUCKING INC<br>N 9250 HIGHWAY 26<br>ELDORADO, WI 54932 | *Freight Deliver Fees* | | $ 700.00 |
| 106 | SELECT TRANSPORTATION INC<br>10231 WEST MAIN ROAD<br>RIPLEY, NY 14775 | *Freight Deliver Fees* | | $ 1,150.00 |
| 107 | SILVERADO LOGISTICS<br>P.O. BOX 6410 WSB<br>GAINSVILLE, GA 30504 | *Freight Deliver Fees* | | $ 412.50 |

# LIST OF CREDITORS
## (Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 108 | SNS EXPRESS, INC.<br>20597 U.S. ROUTE 24<br>DEFIANCE, OHIO  43512 | Freight Deliver Fees | | $ 3,660.00 |
| 109 | SPENCER TRUCKING<br>P.O. BOX 168<br>KNOXVILLE, PA  16928 | Freight Deliver Fees | | $ 9,335.40 |
| 110 | SPRING VALLEY EXPRESS<br>417 HOLTZCLAW LANE<br>HUSTONVILLE, KY  40437 | Freight Deliver Fees | | $ 1,530.00 |
| 111 | STAFFORD TRUCK COMPANY | Freight Deliver Fees | | $ 186.00 |
| 112 | SW HELTS COMPANY<br>118 KARALUNAS ROAD<br>WEST EDMONTON, NY  13485 | Freight Deliver Fees | | $ 615.20 |
| 113 | TOM ORT TRUCKING INC<br>P.O. BOX 267<br>NEW LONDON, WI  54961 | Freight Deliver Fees | | $ 424.00 |
| 114 | TOP LINK TRANSPORTATION<br>37955 TIMBER STREET<br>SUITE G<br>NEWARK, CA  94560 | Freight Deliver Fees | | $ 1,468.00 |
| 115 | TRUCK TRANSPORT<br>BUIRTON R. SMITH<br>RR 2, BOX 183<br>MESHOPPEN, PA  18630 | Freight Deliver Fees | | $ 840.00 |
| 116 | UK EXPRESS, INC<br>1721 ST. PAUL STREET<br>ROCHESTER, NY  14621 | Freight Deliver Fees | | $ 568.00 |
| 117 | V.G. TRUCKING INC<br>P.O. BOX 573<br>LITHONIA, GA  30058-0573 | Freight Deliver Fees | | $ 1,600.00 |
| 118 | VAN-PAK<br>135 S. LASELLE STREET<br>DEPT. 3135<br>CHICAGO, IL  60674 | Freight Deliver Fees | | $ 680.00 |

# LIST OF CREDITORS
### (Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 119 | VERMILLION BROTHERS<br>P.O. BOX 1426<br>LASALLE, IL 61301 | *Freight Deliver Fees* | | $ 600.00 |
| 120 | W.P. RONSON, JR. & SONS, INC.<br>2823 CARMEN ROAD<br>MIDDLEPORT, NY 14105 | *Freight Deliver Fees* | | $ 475.00 |
| 121 | WARRIOR LOGISTICS, INC<br>9726 GREY FOX LANE<br>PORT RICHEY, FL 34668 | *Freight Deliver Fees* | | $ 974.00 |
| 122 | WAYNE T. FELLOWS, INC. 2000<br>P.O. BOX 642<br>DAVENPORT, FL 33836 | *Freight Deliver Fees* | | $ 4,731.00 |
| 123 | WEBB GRADING & TRUCKING, INC.<br>P.O. BOX 961029<br>FORT WORTH, TX 76161 | *Freight Deliver Fees* | | $ 950.00 |
| 124 | WEST FLORIDA TRANSPORT, INC<br>5500-4 DIVISION DRIVE<br>FT. MYERS, FL 33905 | *Freight Deliver Fees* | | $ 1,446.00 |
| 125 | WESTERN ARIES CONSTRUCTION,LLC<br>2919 BIRCH AVENUE<br>NIAGARA FALLS, NY 14305 | *Freight Deliver Fees* | | $ 667.00 |
| 126 | WESTERN PRIDE TRANSPORTATION<br>P.O. BOX 1390<br>FERNLEY, NV 89408 | *Freight Deliver Fees* | | $ 986.00 |
| 127 | WINDMILL EXPRESS<br>7739 GLENLEA<br>HOUSTON, TX 77061 | *Freight Deliver Fees* | | $ 712.00 |
| 128 | WRIGHTS TRANSPORT | *Freight Deliver Fees* | | $ 162.50 |
| 129 | WYN "D" HILL TRANSIT, INC.<br>606 S. POLK<br>MOROCCO, IN 47963 | *Freight Deliver Fees* | | $ 1,758.00 |

# LIST OF CREDITORS
## (Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 130 | ZAPPALA FARMS, LLC<br>11404 SCHULER ROAD<br>CATO, NY 13033 | *Freight Deliver Fees* | | $ 1,425.00 |
| 131 | ZERNICKE TRUCKING, INC<br>420 N. CECIL STREET<br>BONDUEL, WI 54107 | *Freight Deliver Fees* | | $ 1,205.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FORM B6 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re *JOEY T'S TRANSPORTATION, LLC, a New York Corporation*

Case No.
Chapter   7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 3 | $ 19,396.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 15,800.00 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | $ 224,677.58 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| Total Number of Sheets in All Schedules ► | | 34 | | | |
| Total Assets ► | | | $ 19,396.00 | | |
| Total Liabilities ► | | | | $ 240,477.58 | |

FORM B6 (6/90) West Group, Rochester, NY

In re *JOEY T'S TRANSPORTATION, LLC, a New York Corporation* / Debtor   Case No. _____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Joseph C. Tramuta* _____, *President* _____ of the *Corporation* _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___*33*___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: *5/7/04* _____

Signature _____

Name: *Joseph C. Tramuta*

Title: *President*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
## WESTERN DIVISION

In re *JOEY T'S TRANSPORTATION, LLC, a New York Corporation*

Case No.
Chapter 7

_____ / Debtor

Attorney for Debtor: *JOSEPH A. PRICE, ESQ.*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *1,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ *441.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ *559.00*

3. $ *209.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *5/7/04*    Respectfully submitted,

X_____

Attorney for Petitioner: *JOSEPH A. PRICE, ESQ.*
*GULLO, KIRKPATRICK & PRICE*
*SIX WEST MAIN STREET*
*FREDONIA NY 14048*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
## WESTERN DIVISION

In re *JOEY T'S TRANSPORTATION, LLC,*       Case No
    *a New York Corporation*          Chapter  7

_____/ Debtor

Attorney for Debtor: *JOSEPH A. PRICE, ESQ.*

### VERIFICATION OF CREDITOR MATRIX

     The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *5/7/04* _____

_____
Debtor

AMERICAN FREIGHT FACTORS
P.O. BOX 2681
VISALIA, CA 93279


AMERITRANS, LLC
P.O. BOX 197
GULF, NC 27256


AREL TRANSPORT INC
112 BIEDER AVENUE
SANFORD, FL 32773


ARNOLD'S FLORIST
234 TOMPKINS STREET
CORTLAND, NY 13045


ARRIVAL TRANSPORT
943 CENTER AVENUE
GRIDLEY, CA 95948


ASHAUER TRUCKING INC
W5131 WEGE ROAD
APPLETON, WI 54915


ASSOCIATED RECIEVABLES FUNDING
P.O. BOX 16253
GREENVILLE, SC 29606


ATS TRANSPORT, INC.
4344 WEST 67TH STREET
CHICAGO, IL 60629

BENJAMIN & BENJAMIN TRUCKING
P.O. BOX 369
MANTUA, OHIO  44255


BERRY TRUCKING
S 10510 KELLY ROAD
P.O. BOX 4466
AUGUSTA, WI  54722


BORDERLINE EXPRESS
102 E. HASKINS STREET
CHESTER, IA  52134


BORGARD TRUCKING
ROUTE 11 BOX 474
LAKE CITY , FL  32024


BOSMA TRUCKING INC
6654 220TH STREET
OCHEYEDAN, IA  51354


BUCHAN TRUCKING LLC
P.O. BOX 315
EAST TROY, WI  53120


BUTTAURUS ENTERPRISES, CORP
200 N. WILLTER
MIAMI SHORES, FL  33168


BYRD TRUCKING
8433 CR 384
TYLER, TX  75708

C & E TRANSPORTATION, INC
141 WHISPERWOD TRAIL
FLORENCE, AL  35633


C & L BROKERAGE, LLC
P.O. BOX 69
MCADOO, PA  18237


C & L TRANSPORTERS, INC
P.O. BOX 22114
HOUSTON, TX  77227


C & S TRANSPORTS, LLC
363 PETUNIA PATH
CHESAPEAKE, VA  23325


C.D TRANSPORTATION
2121 E. EVERGREEN DRIVE
CARO , MI  48723


CAMPION FREIGHT-WAYS INC
P.O. BOX 6531
AUGUSTA, GA  30916


CEE BEE CARTAGE, INC
2404 S. WOLCOTT, UNIT 21
CHICAGO, IL  60608


CHARTER EXPRESS, INC.
2945 E. PHTHIAN
SPRINGFIELD, MO  65802

CITIZEN'S BANK
P.O. BOX M
PROVIDENCE, RI   02901


24 SEVEN TRANSPORTATION INC
7844 GREGORY DRIVE UNIT 106
JACKSONVILLE, FL   32210


A&R TRANSPORTATION & WAREHOUSE
17725 VOLBRECHT ROAD
LANSING, IL   60438


ADAWN EXPRESS, INC
P.O. BOX 186
ARCADE, NY   14009


ALBRITTON FARMS, INC
3820 PEANUT ROAD
P.O. BOX 666
COTTONDALE, FL   32431


ALLIED CARRIERS EXCHANGE INC
P.O. BOX 17626
DENVER, CO   80217-0626


ALTO'S EXPRESS INC.
P.O. BOX 45
RIVERTON, NJ   08077


AMERICA PLUS
P.O. BOX 7751
BEND, OR   97708

CLEMENS TRANSPORTATION
235 HILLTOP ROAD
COOPERSBURG, PA  18036


COMDATA NETWORK, INC
P.O. BOX 910360
DALLAS, TX  75391


COMDATA NETWORK, INC.
P.O. BOX 910360
DALLAS, TX  75391


COMDATA NETWORK, INC.
P.O. BOX 910360
DALLAS, TX  75391


COOL CARRIERS OF FLORIDA, INC
P.O. BOX 666976
COCONUT CREEK, FL  33066


CRESTMARK FINANCIAL CORP
P.O. BOX 79001
DETROIT, MI  48279-1078


CUSTOM TRUCKING, INC
REAR 131 SECOND STREET
P.O. BOX 1131
WILKES-BARRE, PA  18703


D S HALL TRUCKING INC
11019 ELLIS DRIVE
GULPORT, MS  39503

D&M TRUCKING
P.O. BOX 535
DONA ANA, NM  88032


D&M TRUCKING
5970 CALLE LAMINA
LAS CRUCES, NM  88012


D&T EXPRESS, INC
611 WEST MANLIUS STREET
EAST SYRACUSE, NY  13057


DARRELL ANDREWS TRUCKING INC
P.O. BOX 654
SILER CITY, MC  27344


DAT TRADING AND SALES CO. INC
DBA DAT TRUCKING
P.O. BOX 2897
WEST COLUMBIA, SC  29171


DATE TRUCKING SERVICE, INC
N9165 CONNELLY ROAD
WHITEWATER, WI  53190


DEDICATED FATIME EXPRESS, LLC
155 E. VINE STREET
HATFIELD, PA  19440


DFC TRANSPORTATION COMPANY
11966 OAK CREEK PARKWAY
HUNTLEY, IL  60142

DMT
P.O. BOX 95 - STN P
TORONT, ONTARIO CANADA  M5S 2S6


DOUBLE B


E & L TRANSPORT
ED OR LORINDA GRAUEL
34878 E. COUNTY LINE ROAD
YUCAIPA, CA  92399


EASTERN FREIGHT FORWARDERS
100 WEST MIDDLE ROAD
P.O. BOX 9728
RIVIERA BEACH, FL  33404


ENRIQUE GARZA DBA.
ROADRUNNER G.E.E.E.P. CARRIER
1618 MONTERREY DRIVE
BROWNSVILLE, TX  78521


ERX, INC.
P.O. BOX 6197
CHICAGO, IL  60680


EXPRESS FREIGHT TRUCKING, INC.
2756 NW 29 STREET
OAKLAND PARK, FL  33311


FRED TANNER
28 KING STREET
PORT BYRON, NY  13140

FRITZ TRUCKING
RR1 BOX 117
FULLERTON, NE   68638


FROEHLICH TRUCKING
312 CORA STREET
P.O. BOX 384
JOHNSON CREEK, WI   53038


GENTRY TRUCKING INC
562 TONY HOLDER ROAD
LONGAP RD, NC   27024


GJK ENTERPRISES, INC.
3423 N. OSCEOLA AVENUE
CHICAGO, IL   60634


GLADES TRANSPORT, INC.
P.O. BOX 274227
TAMPA, FL   33688


GLEN POLK TRUCKING INC.
P.O. BOX 547
PROSPER, TX   75078


GLM TRANSPORT INC
P.O. BOX 322
BERNE, IN   46711-0322


HILLANDALE FARMS INC
2251 COUNTY ROAD 12
BELLEFONTAINE, OHIO   43311

HOLMES TRANSPORT INC.
C/O TRANVENTRAL FINANCIAL INC
P.O. BOX 1414
MINNEAPOLIS, MN  55460


IHS DELIVERIES INC
P.O. BOX 982
23852 PACIFIC COAST HWY, #600
MALIBU, CA  90265


JALOTA INC.
DBA PRYOR TRUCKING COMPANY
3145 HICKORY RD., SUITE 202
MEMPHIS, TN  38115


JAMES E. COOPER TRUCKING CO
111 CRUMPLER ROAD
P.O. BOX 457
KENLY, NC  27542


JAMES RICHARDSON TRUCKING, INC
23801 BYERS ROAD
BOSCOBEL, WI  53805


JEFF MEINECKE TRUCKING
611 HOWARD AVENUE
ST. PAUL, MN  68873


JESSE ROBERTS TRUCKING
P.O. BOX 581
LIVONIA, NY  14487


JOHNSON TRUCKING
39 GREEN DRIVE
SECTION, AL  35771

JONES MOTOR CO, INC
P.O. BOX 200
SPRING CITY, PA   19475


K & K MOTORS
RT. 11 BOX 474
LAKE CITY , FL   32024


K.E.S. TRANSPORT
P.O. BOX 12059
OLYMPIA, WA   98508


KAY GEE PRODUCE
4900 CRAYTON AVENUE
CLEVELAND, OHIO   44104


KEITH & EVERETT TRANSPORTATION
2657G ANNAPOLIS ROAD PMB 452
HANOVER, MD   21076


KERNER TRANSPORTATION
P.O. BOX 524
WINNER, SD   57580


KLINGSHIM & SONS TRUCKING INC
P.O. BOX 98
BURKETTSVILLE, OHIO   45310


KROHN CO.
911 HEATHER LANE
NORFOLK, NE   68701

L & B LOGISTICS, INC
480 OLD DAYTONA ROAD
DELAND, FL  32724


LAURA EXPRESS TRUCK CO
ATTN: RALPH DENELLA
520 PULITER ROAD
FT. PIERCE, FL  34945


LEE SARTIN TRUCKING COMPANY
P.O. BOX 968
US ROUTE 52
KERMIT, WV  25674


LEO TRANSPORTATION
P.O. BOX 77163
GREENSBORO, NC  27417


LERIX, INC. USA
18459 PINES BLVD
SUITE 326
PEMBROKE PINES, FL  33029


LESTER M. PRANGE, INC
380 MAPLE SHADE ROAD
P.O. BOX 126
KIRKWOOD, PA  17536


LONGSHOT TRUCKING, INC.
14506 RUPERT ROAD
HARLAN, IN  46743


M L & C TRUCKING LLC
P.O. BOX 682
ALVA, OK  73717

M P I N C
773 HALEYVILLE ROAD
PORT NORRIS, NJ   08349


MARK'S TRANSPORTATION MTC, INC
P.O. BOX 6247
MARTINSBURG, WV   25402


MITCHELL TRANSPORT
P.O. BOX 310065
TAMPA, FL   33680-0065


MJD TRUCKING INC
2055 DEMARCO DRIVE
VINELAND, NJ   08360


MJM TRUCKING
2939 STRALEY ROAD
XENIA, OHIO   45385


MMS TRANSPORTATION INC
308 NW 47TH STREET
POMANO BEACH, FL   33064


MUFFET TRUCKING INC
1968 GULF STREET, N.W.
UNIONTOWN, OHIO   44685


MWS TRUCKLINE
110 SOUTH MOUNTAIN WAY DRIVE
OREM, UT   84058

OESTER TRUCKING, INC
10268 MASON DIXON HIGHWAY
SALISBURY, PA   15558


OLYMPIC CREDIT FUND, INC.
P.O. BOX 12059
OLYMPIA, WA   98508


PARTIN TRANSPORTATION SYSTEM
C/O SEVEN OAKS CAPITAL CORP
P.O. BOX 54755
NEW ORLEANS, LA   70154-4755


PAUL BORGARD TRUCKING
ROUTE 11 BOX 474
LAKE CITY , FL   32024


PAY-RITE INC
P.O. BOX 100161
PALM BAY, FL   32910-0161


PIPE CREEK MARKETING INC
7270 S. WARREN ROAD
P.O. BOX 591
WARREN, IN   46792


PORKIES TRANSPORT LLC
P.O. BOX 448
AUGUSTA, WI   54722


Q&E TRANSPORTATION, INC
6992 WEST 29TH WAY
HIALEAH   33018

QUALITY TRANSPORTATION INC
P.O. BOX 354
DOUSMAN, WI   53118


QUIKWAY TRUCKING INC
985 SOUTH BROAD STREET
SUITE 4
TRENTON, NJ   08618


R & S TRUCKING
OF THE UPSTATE, INC.
324 BLACKSNAKE ROAD
PICKENS, SC   29671


R  C  TRANSPORTATION


R&B


R.T.S., INC.
P.O. BOX 802270
KANSAS CITY, MO   64180


RANKIN TRUCK BROKERS
RT. 3 BOX 200
YEMASSEE, SC   29945


REI TRUCK AIR
P.O. BOX 120
ROMEO, MI   48065


ROBERTS TRUCKING INC
N 9250 HIGHWAY 26
ELDORADO, WI   54932

SECURITY CREDIT CORPORATION
BOX 968
SIOUX FALLS, SD 57101


SECURITY CREDIT CORPORATION
BOX 968
SIOUX FALLS, SD 57101


SELECT TRANSPORTATION INC
10231 WEST MAIN ROAD
RIPLEY, NY 14775


SEVEN OAKS CAPITAL CORPORATION
P.O. BOX 54755
NEW ORLEANS, LA 70154-4755


SILVERADO LOGISTICS
P.O. BOX 6410 WSB
GAINSVILLE, GA 30504


SNS EXPRESS, INC.
20597 U.S. ROUTE 24
DEFIANCE, OHIO 43512


SPENCER TRUCKING
P.O. BOX 168
KNOXVILLE, PA 16928


SPRING VALLEY EXPRESS
417 HOLTZCLAW LANE
HUSTONVILLE, KY 40437


STAFFORD TRUCK COMPANY

SUBSIDIARY/FIRST AMERICAN BANK
CORPORATE BILLING
P.O. BOX 1726
DECATUR, AL  35602


SUNBELT FINANCE LLC
P.O. BOX 9240
JONESBORO, AR  72403


SW HELTS COMPANY
118 KARALUNAS ROAD
WEST EDMONTON, NY  13485


TOM ORT TRUCKING INC
P.O. BOX 267
NEW LONDON, WI  54961


TOP LINK TRANSPORTATION
37955 TIMBER STREET
SUITE G
NEWARK, CA  94560


TRANSCENTRAL FINANCIAL, INC.
P.O. BOX 1414 NCB-40
MINNEAPOLIS, MN  55480


TRANSPORT CLEARINGS EAST, INC.
P.O. BOX 1093
CHARLOTTE, NC  28201-1093


TRANSVENTRAL FINANCIAL INC.
P.O. BOX 1414 NCB-40
MINNEAPOLIS, MN  55460

TRUCK TRANSPORT
BUIRTON R. SMITH
RR 2, BOX 183
MESHOPPEN, PA   18630


UK EXPRESS, INC
1721 ST. PAUL STREET
ROCHESTER, NY   14621


UNITED NATUAL FOODS
ATLANTA WAREHOUSE
ATLANTA, GA   30336


V.G. TRUCKING INC
P.O. BOX 573
LITHONIA, GA   30058-0573


VAN-PAK
135 S. LASELLE STREET
DEPT. 3135
CHICAGO, IL   60674


VERMILLION BROTHERS
P.O. BOX 1426
LASALLE, IL   61301


W.P. RONSON, JR. & SONS, INC.
2823 CARMEN ROAD
MIDDLEPORT, NY   14105


WARRIOR LOGISTICS, INC
9726 GREY FOX LANE
PORT RICHEY, FL   34668

WAYNE T. FELLOWS, INC. 2000
P.O. BOX 642
DAVENPORT, FL   33836


WEBB GRADING & TRUCKING, INC.
P.O. BOX 961029
FORT WORTH, TX   76161


WEST FLORIDA TRANSPORT, INC
5500-4 DIVISION DRIVE
FT. MYERS, FL   33905


WESTERN ARIES CONSTRUCTION,LLC
2919 BIRCH AVENUE
NIAGARA FALLS, NY   14305


WESTERN PRIDE TRANSPORTATION
P.O. BOX 1390
FERNLEY, NV   89408


WINDMILL EXPRESS
7739 GLENLEA
HOUSTON, TX   77061


WRIGHTS TRANSPORT


WYN "D" HILL TRANSIT, INC.
606 S. POLK
MOROCCO, IN   47963


ZAPPALA FARMS, LLC
11404 SCHULER ROAD
CATO, NY   13033

ZERNICKE TRUCKING, INC
420 N. CECIL STREET
BONDUEL, WI   54107